Minute Order Form (rev. 4/99)

JUDGE BUCKLO
MAGISTRATE JUDGE / SHWAN

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | 08CR 0196 | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 07 GJ 0264 | DATE | MARCH 4, 2008 |
| CASE TITLE | US v. JOSE ARTURO RENTERIA, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

**SPECIAL FEBRUARY 2008-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Geraldine Soat Brown_

**FILED**

Docket Entry:

MAR 0 4 2008
MAR 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO ISSUE BENCH WARRANTS, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO ALL DEFENDANTS.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE         UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#